IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THELMA S. WASHINGTON,

      Appellant,

v.

ALFRED WASHINGTON,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5541

Opinion filed May 18, 2016.

An appeal from an order of the Circuit Court for Leon County.
Charles A. Francis, Judge.

Thelma S. Washington, pro se, Appellant.

Fred H. Flowers, Tallahassee, for Appellee (no appearance).

PER CURIAM.

      DISMISSED.

THOMAS, WINOKUR, and JAY, JJ., CONCUR.